UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In Re: Miscellaneous Petition to Substitute Counsel

**ORDER TO SUBSTITUTE COUNSEL**

An omnibus Motion to Substitute Counsel having been filed by America Law Group, Inc., counsel for certain parties listed in the Court records for the cases attached hereto, to substitute Richard J. Oulton for Robert B. Duke Jr., as counsel of record. It is hereby

ORDERED that Richard J. Oulton be substituted for Robert B. Duke Jr. as counsel of record in the cases on the attached list.

ENTERED:    May 13 2015

/s/ Kevin R. Huennekens
_____
United States Bankruptcy Judge

Entered on Docket: May 14 2015

I ask for this:

/s/ Richard J. Oulton
Richard J. Oulton, Esq.
VSB# 29640
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
Phone: (804) 520-2428
Fax: (804) 518-5121

SEEN AND AGREED:

/s/ Robert B. Duke Jr.
Robert B. Duke Jr., Esq.

**CERTIFICATION**

Pursuant to Local Rule 9022-1 (C), I hereby certify that all necessary parties have endorsed the above order.

/s/ Richard J. Oulton
Counsel for Debtors

## CASES

| Case No. | Case Title |
|---|---|
| 10-30090-KRH | Malcoln Lynch and Jaime T Lynch |
| 10-36393-KRH | Robert Baylor and Lesia Baylor |
| 11-31547-KRH | Lafonia Page and Keven A Page |
| 11-32048-KRH | Andrea Viktoria Jones |
| 11-33143-KRH | Marguerita Bell Myers and Irving Clark Myers |
| 11-35466-KRH | David W Priddy |
| 11-35565-KRH | Michelle Sizemore |
| 11-36604-KRH | Evetta D Foster |
| 11-36937-KRH | Andrea Lavon Whitehead |
| 11-37023-KRH | Yvonda R. Chase |
| 11-37111-KRH | Michelle Peaco |
| 11-37435-KRH | Robin Marie Hill |
| 11-37438-KRH | Anita Lynn Collins |
| 11-37478-KRH | Oscar J. Caleb and Kathleen J. Caleb |
| 11-37777-KRH | Ronald Douglas Brooks and Elizabeth Stolfi Brooks |
| 11-38035-KRH | Gloria P Parra |
| 11-38051-KRH | Edward Curtis Garrett, Jr. |
| 11-38144-KRH | Shajana Hopkins |
| 12-30098-KRH | Graceful Melody Harrison |
| 12-30646-KRH | Jericho Cherry |
| 12-30794-KRH | Donald Winston |
| 12-30795-KRH | Charlotte Nadine Hamilton |
| 12-30832-KRH | Sonya Silas |
| 12-30882-KRH | Elvyn Shaw and Krystle Shaw |
| 12-31272-KRH | Sean Andre Jones |
| 12-31326-KRH | Terry Hostetter and Virginia Hostetter |
| 12-31476-KRH | Duane Lamont |
| 12-31493-KRH | Joseph W Tate and Crystal T Tate |
| 12-31921-KRH | Gail R. Dunmore |
| 12-31923-KRH | Tyrone A. Moody |
| 12-32196-KRH | Shaheen Cherie Dailey |
| 12-32714-KRH | Audrey S. Johnson |
| 12-33640-KRH | Donald B. Conley |
| 12-33848-KRH | Linda N. Fells |
| 12-34535-KRH | Amy Lynn Martin |
| 12-34547-KRH | Latisha D. Dewitt |
| 12-35275-KRH | Margaret B. Lomba |
| 12-35347-KRH | Albert Sanderson and Alice B Sanderson |
| 12-35690-KRH | Thomas Leroy Johnson |
| 12-35954-KRH | Shaquanna Lynea Becoat |
| 12-36866-KRH | Earl Dantzler, II and Karen Nanette Dantzler |
| 12-36889-KRH | Vera S. Dixon |

| | |
|---|---|
| 13-30125-KRH | Anthony Jerome Peebles and Regina Mae Peebles |
| 13-30345-KRH | Shenea Lavione Lynch |
| 13-30665-KRH | Craig Richard Petersen and Susan Bess Petersen |
| 13-30882-KRH | Eric Lamont Fields |
| 13-31219-KRH | Shawn C. Burton |
| 13-31556-KRH | Mary A. Puryear |
| 13-31560-KRH | Thomas M. Kremski and Peggy J. Kremski |
| 13-31686-KRH | Marilyn K. Cheely |
| 13-31863-KRH | James H Oliver, Jr and Marie L Oliver |
| 13-32319-KRH | Samuel Alexander Smith |
| 13-32458-KRH | Theresa Blonske |
| 13-32708-KRH | Shelley M. Martin |
| 13-33653-KRH | Shantay Rochelle Pope-Dent |
| 13-33710-KRH | Damien Maurice Hargrove |
| 13-34162-KRH | Ryan Deonte Pegram |
| 13-34266-KRH | Wallace Charles Frank and Gloria Jean Frank |
| 13-34285-KRH | Charles Edward Hudson, Jr. and Kimberly Alyene Hudson |
| 13-34492-KRH | Mary Walker Evans |
| 13-34517-KRH | Taharia Aisha Stevens |
| 13-34521-KRH | Charles Kermit Young, III and Barbara Michelle Young |
| 13-34525-KRH | Tyrone Burch |
| 13-34526-KRH | Leslie Lynette Henry |
| 13-34653-KRH | Michele Marie Tilkey |
| 13-34654-KRH | Darryl Blaine Stafford and Iris Felicia Stafford |
| 13-34791-KRH | Crystal Kamisa Williams |
| 13-34907-KRH | Oliver James Johnson, Jr. |
| 13-34908-KRH | Kimberly Denise Shaw |
| 13-35003-KRH | Kenneth Lewis Jarrett |
| 13-35029-KRH | Wayne Taylor and Linda Wiggins Taylor |
| 13-35179-KRH | Roy Roger Webb, Jr. and Christy Lou Webb |
| 13-35327-KRH | Rhonda Sue Jones |
| 13-35348-KRH | Jackie C Harris |
| 13-35350-KRH | Jeffrey Keith Hamby and Julie Johnson Hamby |
| 13-35483-KRH | Courtney Denise Robinson |
| 13-35588-KRH | Frances C. Plummer |
| 13-35594-KRH | Lloyd Randolph Vaughan, Jr. |
| 13-35637-KRH | Connie L. Russell |
| 13-35695-KRH | Blake Cameron Watson and Jessica Childress Watson |
| 13-35725-KRH | Elizabeth J.H. Tejada |
| 13-35746-KRH | Gwendolyn D Knight |
| 13-35901-KRH | Mildred Thomas Woodley |
| 13-36151-KRH | Deborah Ann Harrison |
| 13-36362-KRH | Oneka LeeAnn Norton |
| 13-36488-KRH | Shuan Lamar Sparks, Sr. and Chantel Nicole Sparks |
| 13-36593-KRH | Kevin Scott Crenshaw and Kathryn Arney Crenshaw |

| | |
|---|---|
| 13-36731-KRH | Renee Gail Feggins |
| 13-36794-KRH | Orlando Gene Gatling and Rhonda Terrell Thompson-Gatling |
| 14-30016-KRH | Joseph R. Stone and Roselyn C. Stone |
| 14-30047-KRH | Kenneth Wayne Stables and Debbie Daly Stables |
| 14-30065-KRH | Christopher Daniel Harris and Jerri Leigh Harris |
| 14-30133-KRH | George Anthony Clarke |
| 14-30219-KRH | Calvin Coolidge Carver |
| 14-30232-KRH | Pedro Gerardo Salazar |
| 14-30278-KRH | Mary C. Francis |
| 14-30395-KRH | Byron Major Woolridge and Linda Kirk Woolridge |
| 14-30401-KRH | Dwayne C. Walker |
| 14-30525-KRH | Donald Duane Smith, Jr. |
| 14-30540-KRH | Lesonti Powell |
| 14-30545-KRH | Suzette White Jackson |
| 14-30717-KRH | BJ Lafferty and Teresa A. Lafferty |
| 14-30734-KRH | Sean Matthew Medeiros |
| 14-31153-KRH | Linda A. Durham |
| 14-31279-KRH | Monica C. Trusty |
| 14-31313-KRH | Roy Roger Coles, Jr. and Beverly Marie Coles |
| 14-31324-KRH | Elizabeth AnnaMae Erickson |
| 14-31447-KRH | Edward L. Blackwell, Sr. |
| 14-31621-KRH | Ellen Marie Hunter |
| 14-31644-KRH | Temeka C. Adams |
| 14-31739-KRH | Richard Edward Edmonds, Jr. and Angela Laverne Meredith-Edmonds |
| 14-31762-KRH | Richard Charles Smart and Terre Ann Smart |
| 14-31766-KRH | James Baxter Belvin, Jr and Katherine Lynn Belvin |
| 14-31855-KRH | Tracey Elise Hensley |
| 14-32027-KRH | James H. Simmons, Jr. and Pamela L. Pearson-Simmons. |
| 14-32065-KRH | Kimberly Abernathy Maitland |
| 14-32089-KRH | Kathryn Dianne Snyder |
| 14-32221-KRH | Jorge H Estrada and Betty W Estrada |
| 14-32222-KRH | Kimberly Renee Johnson-Craigen |
| 14-32239-KRH | Lacy J. Fowlkes |
| 14-32328-KRH | Loretta JoAnn Taylor |
| 14-32557-KRH | Joy Y. Baskerville |
| 14-32616-KRH | Tawanda M. Robinson |
| 14-32638-KRH | Barbara K Daniel |
| 14-32640-KRH | Laura L Flynn |
| 14-32672-KRH | Gale S. Legassey |
| 14-32762-KRH | Julia Celeste Brammer |
| 14-32785-KRH | Sabrina C. Cook |
| 14-32786-KRH | Tiarra Philadelphia Graves |
| 14-32808-KRH | Aaron Carlton Chambers |

| | |
|---|---|
| 14-33103-KRH | Sean E. Gayles |
| 14-33298-KRH | Marcus A. Coles and Angela H. Coles |
| 14-33343-KRH | Daphine Leigh Fisher |
| 14-33379-KRH | Rodney B. Dunning |
| 14-33612-KRH | Tricia Jean Powell and Richard Gerald Powell, Jr. |
| 14-33724-KRH | Mark A. Bassfield |
| 14-33935-KRH | Mary JoAnne Fowlkes |
| 14-34161-KRH | Theodore F Johnson and Patricia M. Johnson |
| 14-34230-KRH | Diana Wood |
| 14-34259-KRH | Clyde A. Moore |
| 14-34489-KRH | Ben M. Lingerfelt and Grace M. Lingerfelt |
| 14-34925-KRH | Toshie Kina Bishop |
| 14-35563-KRH | Schantel K. Smith |
| 14-36412-KRH | Cornelius Bernard Thompson |
| 14-36682-KRH | Sophia M. Garner |
| 14-36685-KRH | Porcha C. Burton |
| 15-30103-KRH | Tonya Monique Alexander |
| 15-30229-KRH | Willie Edward Sanders and Patricia Ann Sanders |
| 15-30607-KRH | Timbra Lynn Geedy |
| 15-30609-KRH | Brenda Marie Arrington |
| 15-30670-KRH | Shirley A Davis |
| 15-30705-KRH | Darryl P. Epps, Sr. |
| 15-30800-KRH | Sharon B. Davis |
| 15-30860-KRH | Valerie Y. Johnson |
| 15-31030-KRH | Veronique M. Bailey |
| 15-31112-KRH | Jennifer C. Jackson |
| 15-31333-KRH | Gerald F. Todt, Jr. and Frances O. Todt |
| 15-31643-KRH | Waverly A. Davis |
| 15-31736-KRH | Mildred H. Evans |
| 15-31774-KRH | Christopher T. Hurt |
| 13-34490-KRH | James Todd Cagle and Lesley Allyson Cagle |
| 14-32189-KRH | MeQuell Dorenzo Ross and Melissa Faye Ross |
| 14-32190-KRH | Venancia Vega Pugliese |
| 14-33637-KRH | Hosea Lewis Turner, Jr. |
| 14-33902-KRH | Thelma Williams Thomas |
| 14-34044-KRH | Ricky Lynn Martin, Jr. and Danyell Bree Martin |
| 14-34045-KRH | Regenia Dorethea Clanton |
| 14-34710-KRH | Charles Phillips, III and Tina Patrice Phillips |
| 14-34851-KRH | Taneka Leshae Taylor |
| 14-34862-KRH | James Duain Blake, Jr. and Rebecca Hooper Blake |
| 14-35424-KRH | Renay Jeter Durham |
| 14-35521-KRH | Hampton Blanding, Jr. and Carolyn Lavern Blanding |
| 14-35522-KRH | Raymond Leonard Stull, III and Nicole Renee Stull |
| 14-35655-KRH | Ted K. Pierce and Samantha M. Pierce |
| 14-35656-KRH | Willie Franklin Scott |
| 14-35932-KRH | Valarie Arnita Jones |

| | |
|---|---|
| 14-35945-KRH | Nakai L. Patterson,Sr. and Latrice Da'mon Patterson |
| 14-36072-KRH | Heather Dawn Brown |
| 14-36179-KRH | Altamese Simone Wooden |
| 14-36202-KRH | Falisha Nicole Fields |
| 14-36663-KRH | Tiffany Brandy Rodgers |
| 14-36687-KRH | Gerald Edward Daniels and Rebecca Vaughan Daniels |
| 14-36816-KRH | Brenda Dean Braxton |
| 14-36819-KRH | Stevie Lee Roby and Lillian Elberta Roby |
| 14-36838-KRH | Carmelita Yvette Seaborn |
| 15-30046-KRH | Cheryl Anita Webster |
| 15-30162-KRH | Dominick Michael Noto, Jr. |
| 15-30249-KRH | Cheryl A. Haskins |
| 15-30252-KRH | Miko Briddell Givens |
| 15-30525-KRH | Michael A Frazier |
| 15-30626-KRH | Charlene Renay Jones |
| 15-30853-KRH | Rovenia D. Williams |
| 15-30919-KRH | Rochelle Brittiany Barnes |
| 15-31062-KRH | William N. Tyler |
| 15-31063-KRH | Gabriel L. Taylor |
| 15-31100-KRH | Tequlisha M Clarke |
| 15-31342-KRH | Linda Marie Jennings |
| 15-31344-KRH | Vanessa Gayle Perkins |
| 15-31709-KRH | Daniel Anthony Campos and Christine Ann Campos |
| 15-31732-KRH | Edward Craig Hierholzer |
| 15-31822-KRH | Joseph Ray Thompson, Sr. |